UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MEGAN JOHNSON, DIANA J. JOHNSON, and DARRELL JOHNSON,<br><br>    Plaintiffs<br><br>    vs.<br><br>RACHEL C. TAPAJNA,<br><br>    Defendant | CAUSE NO. 2:10-CV-362 RM |

OPINION and ORDER

The court has the obligation to inquire into its own subject matter jurisdiction. Thomas v. Guardsmark, LLC, 487 F.3d 531 (7th Cir. 2007). The plaintiffs' complaint does not allege the existence of jurisdiction; the complaint alleges that Diana and Darrell Johnson are the parents of Megan Johnson, but is silent as to the citizenship of plaintiffs Diana and Darrell Johnson. The plaintiffs must show the citizenship of each party as of the date the complaint was filed. Thomas v. Guardsmark, LLC, 487 F.3d at 534; Dausch v. Rykse, 9 F.3d 1244, 1245 (7th Cir. 1993). Although the case may be subject to dismissal on this ground, Thomas v. Guardsmark, LLC, 487 F.3d at 534, the court instead affords the plaintiffs twenty days from the date of this order within which to file an amended complaint alleging the existence of diversity jurisdiction under 28 U.S.C. § 1332.

SO ORDERED.

ENTERED:  November 1, 2010

                                                          /s/ Robert L. Miller, Jr.
                                           Judge, United States District Court